# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE LEE BARNES,<br><br>             Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>             Respondent. | CASE NO. 5:17-cv-00421-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED with prejudice.

DATED: June 14, 2017

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE